# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO


MILTON ENRIQUE SANABRIA-BOLANOS,

      Movant,

vs.                               No. CV 15-00835 KG/SCY
                                       No. CR 14-02117 KG

UNITED STATES OF AMERICA,

      Respondent.


## JUDGMENT

**THIS MATTER** having come before the Court on Movant Milton Enrique Sanabria-Bolanos' Motion to Vacate, Set Aside or Correct Sentence Pursuant Section 2255 (CV Doc. 1; CR Doc. 55) and the Court having entered its Memorandum Opinion and Order denying the relief requested in the Motion,

**IT IS ORDERED** that **JUDGMENT** is hereby entered against Movant and Movant Milton Enrique Sanabria-Bolanos' Motion to Vacate, Set Aside or Correct Sentence Pursuant Section 2255 (CV Doc. 1; CR Doc. 55) is **DISMISSED** with prejudice.


_____
**UNITED STATES DISTRICT JUDGE**